**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DWIGHT T. AMBO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1599** |
| **K. VAN HALEN, ET AL.** | **SECTION "I"(1)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that that Dwight Ambo's federal civil rights claim against Deputy K. Van Halen is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Ambo's federal civil rights claim against Deputy Cartner for excessive force is allowed to proceed at this time pending further development.

New Orleans, Louisiana, this 14th day of October 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] Rec. Doc. No. 9